No. 74–343. AGNEW *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–5131. APODACA *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 74–5134. FICO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5185. DOE *v.* MIDDENDORF, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 74–5202. RUSH ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–5241. GILLIKIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–5279. KLEIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–5325. VAN DRUNEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–5407. MASSENGALE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 74–5509. AIKEN *v.* HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 74–5513. RICH *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 74–5514. CLOUSTON *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 74–5520. BRYANT *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.